STONE & DOWNER CORP. *v.* UNITED STATES

**No. 4455.**—Invoice dated Liverpool, England, September 11, 1936.
Certified September 12, 1936.
Entered at Boston, Mass., September 24, 1936.
Entry No. 4221.

(Decided on remand [Reap. Dec. 4352] November 22, 1938)

*Barnes, Richardson & Colburn* (*Samuel M. Richardson* of counsel) for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

SULLIVAN, Judge: I think the facts as narrated by the witness and the affidavit, Exhibit 4, establish beyond doubt that, at the time of the exportation of the merchandise in question, there were not any similar articles being made in the foreign market, and I therefore find as a fact that at the time of such shipment there were not any similar articles being sold in the foreign market.

I therefore adhere to my original decision. A list of the items covered by this case, with the United States value of each, is attached to my judgment herein, and marked schedule A. Judgment will be rendered accordingly.

*Schedule A*

| Invoice description | United States value per each |
| --- | --- |
| Points ESPSR2 | $0.37 |
| " ESPSI2 | .37 |
| Crossings ECA | .26 |
| " ECR | .26 |
| Points EPPR2 | .35 |
| " EPPL2 | .35 |
| Aeroplane Outfits No. 00 | .43 |
| " " 0 | .62 |
| " " 1 | .98 |
| " " 2 | 1.51 |
| Motor Car Outfits No. 1 | 1.11 |
| " " 2 | 2.40 |
| Speed Boats No. 3 | 1.33 |
| " " 4 | 1.48 |
| " " 5 | 1.51 |
| " " 3 Racer | 1.51 |
| Meccano Outfits B | .71 |
| " " C | .97 |
| " " D | 1.30 |
| " " E | 1.97 |
| " " F | 2.82 |
| Sets Dinky Toys No. 1 | .24 |
| " " " 2 | .24 |
| " " " 3 | .24 |
| " " " 4 | .24 |
| " " " 5 | .24 |
| only " " 22F | .12 |
| " " " 50 | .38 |
| " " " 51 | .43 |

| Invoice description | United States value per each |
|---|---|
| No. 1 Buffer Stops | $0.10 |
| 2E " " | .63 |
| Prs. Fencing with trees | .26 |
| No. 1A Footbridges | .48 |
| 2 Goods Platforms | 1.11 |
| Island Platforms | .56 |
| Railway Accessories No. 1 | .10 |
| No. 2 Stations | .93 |
| 1 Signal Gantries | .41 |
| Bxs. Trees with stands | .20 |
| Electrical Viaducts | .67 |
| Bxs. Hedging | .35 |
| E320 Royal Scot Train | 7.06 |
| Aeroplane Outfits No. 1 | .98 |
| No. 1 Motor Car Outfits | 1.11 |
| No. 2E Goods Platform | 1.30 |
| Pkts. Posters No. 2, per doz | .93 |
| " Poster Boards, per doz | .44 |
| No. 1 Railway Accessories, each | .10 |
| No. 2E Stations | 1.08 |
| Sets Dinky Toys No. 1 | .24 |
| " " " 2 | .24 |
| " " " 3 | .24 |
| " " " 4 | .24 |
| " " " 5 | .24 |
| " " " 42 | .19 |
| " " " 51 | .43 |
| " " " 52A, per doz | 1.48 |